UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01188<br><br>**AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Plaintiff Amazon.com Services LLC is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon.com Services LLC has no other publicly held corporation that owns 10% or more of its membership interests.

| | |
|---|---|
| 1 | DATED this 5th day of August, 2024. |

                                                DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

                                                *s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com