UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>               Plaintiffs,<br><br>   v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,<br><br>               Defendants. | No. 2:24-cv-01188<br><br>**THE ERGO BABY CARRIER, INC.'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff The Ergo Baby Carrier, Inc. is a wholly owned subsidiary of Ergo Baby Intermediate Holding Corporation, which is a wholly owned subsidiary of Ergo Baby Holding Corporation, which is a wholly owned subsidiary of EBP Lifestyle Brands Holdings, Inc.. Compass Group Diversified Holdings, LLC owns 10% or more of its stock.

THE ERGO BABY CARRIER, INC.'S
CORPORATE DISCLOSURE STATEMENT - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1 DATED this 5th day of August, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

THE ERGO BABY CARRIER, INC.'S
CORPORATE DISCLOSURE STATEMENT - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax