UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>Plaintiff(s),<br><br>Vs.<br><br>MICHAEL BARTLEY, an individual; et al.,<br><br>Defendant(s). | NO. 2:24-CV-01188-MJP<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO RACHEL DIEKMANN; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |

STATE OF MISSOURI      )
                      ) ss.
COUNTY OF LINCOLN     )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Missouri, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 4:10 P.M. on September 26th, 2024, at 152 Henderson Drive, Wentzville, Missouri, I duly served the above-described documents in the above-described matter upon Rachel Diekmann, by then and there personally delivering a true and correct copy thereof by leaving the same with Rachel Diekmann, personally, being a Caucasian female, approximately 35 years old, 5'7, 135lbs, and with brown hair.

_____
MICHAEL E. DUNARD

Service Fees:
Ferry tolls:       SUBSCRIBED AND SWORN to before me on: 10-1-24
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:                                    H. Heinlein
Special Fee:       NOTARY PUBLIC in and for the State
Wait:              of Missouri residing at: Lincoln County
                   My commission expires: 7-17-26

TOTAL  $

H. HEINLEIN
Notary Public - Notary Seal
STATE OF MISSOURI
Lincoln County
My Commission Expires: July 17, 2026
Commission # 22274154