UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., <br><br>                    Plaintiff(s), <br> Vs. <br><br> MICHAEL BARTLEY, an individual; et al., <br><br>                    Defendant(s). | NO. 2:24-CV-01188-MJP <br><br> AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO NAMDIDIE IKON; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |

STATE OF FLORIDA         )
                         ) ss.
COUNTY OF PALM BEACH     )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Florida, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 6:20 A.M. on September 27th, 2024, at 6582 Jacques Way, Lake Worth, Florida, I duly served the above-described documents in the above-described matter upon Namdidie Ikon, by then and there personally delivering a true and correct copy thereof by leaving the same with Namdidie Ikon, personally, being an African American male, approximately 70 years or older, 5'10, 200lbs, and with black hair.

_____
WAYNE POLLICK                   P.S. # 856

Service Fees:
Ferry tolls:
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL  $ _____

SUBSCRIBED AND SWORN to before me on: _October 10, 2024_

_Frances E. Dixon_
NOTARY PUBLIC in and for the State
of Florida residing at: _Lake Worth_
My commission expires: _7/8/2026_

FRANCES E. DIXON
Commission # HH 273339
Expires July 8, 2026