UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

AMAZON.COM, INC., a Delaware corporation; et al.,

                Plaintiff(s),

Vs.

MICHAEL BARTLEY, an individual; et al.,

                Defendant(s).

NO. 2:24-CV-01188-MJP

AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO MICHAEL SUTTON; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET.

STATE OF FLORIDA      )
                            ) ss.
COUNTY OF PALM BEACH )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Florida, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 6:10 A.M. on September 27th, 2024, at 6599 Jacques Way, Lake Worth, Florida, I duly served the above-described documents in the above-described matter upon Michael Sutton, by then and there personally delivering a true and correct copy thereof by leaving the same with Michael Sutton, personally, being an African American male, approximately 70 years or older, 5'10, 200lbs, and bald.

WAYNE POLLICK       P.S. # 856

SUBSCRIBED AND SWORN to before me on: _October 10, 2024_

_Frances E. Dixon_

NOTARY PUBLIC in and for the State of Florida residing at: _Lake Worth_
My commission expires: _7/8/2026_

Service Fees:
Ferry tolls:
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL  $

FRANCES E. DIXON
Commission # HH 273339
Expires July 8, 2026