UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., <br><br> Plaintiff(s), <br><br> Vs. <br><br> MICHAEL BARTLEY, an individual; et al., <br><br> Defendant(s). | NO. 2:24-CV-01188-MJP <br><br> AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO MICHAEL BARTLEY; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |

STATE OF FLORIDA        )
                        ) ss.
COUNTY OF PALM BEACH    )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Florida, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 11:10 A.M. on September 27th, 2024, at 17395 Fox Trail Lane, Loxahatchee, Florida, I duly served the above-described documents in the above-described matter upon Michael Bartley, by then and there personally delivering a true and correct copy thereof by leaving the same with Michael Bartley, personally, being an African American male, approximately 50 years or older, 6'0, 220lbs, and with black hair.

WAYNE POLLICK                P.S. # 856

SUBSCRIBED AND SWORN to before me on: October 10, 2024

NOTARY PUBLIC in and for the State of Florida residing at: Lake Worth
My commission expires: 7/8/2026

Service Fees:
Ferry tolls:
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL $

FRANCES E. DIXON
Commission # HH 273339
Expires July 8, 2026