UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:24-CV-01188-MJP |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO KATHRYN SPOSATO; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |
| Vs. | |
| MICHAEL BARTLEY, an individual; et al., | |
| Defendant(s). | |

STATE OF KANSAS    )
                   ) ss.
COUNTY OF SHAWNEE  )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Kansas, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 7:45 P.M. on September 26th, 2024, at 2311 Kingston Drive, Lawrence, Kansas, I duly served the above-described documents in the above-described matter upon Kathryn Sposato, by then and there personally delivering a true and correct copy thereof by leaving the same with Victor, resident of suitable age and discretion and co-resident, being a Caucasian male, 50s, approximately 5'8, 250lbs, and with dark hair, who confirmed that they both reside here.

_____
TYLER KIRKHART        LIC. # PPS24-0073

Service Fees:
Ferry tolls:        SUBSCRIBED AND SWORN to before me on: 10-9-24
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:        _____
Wait:               NOTARY PUBLIC in and for the State Missouri
                    of Kansas residing at: Clay County
150                 My commission expires: 3-14-28
TOTAL $