UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:24-CV-001188-MJP |
| Plaintiff(s), Vs. | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO HAZEL FLORES D/B/A WEBOX.COM PREP CENTER; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |
| MICHAEL BARTLEY, an individual; et al., | |
| Defendant(s). | |

STATE OF PENNSYLVANIA ) 
) ss.
COUNTY OF MONTGOMERY )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Pennsylvania, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 9:43 A.M. on September 30th, 2024, at 342 West Fourth Avenue, Conshohocken, Pennsylvania, I duly served the above-described documents in the above-described matter upon Hazel Flores, doing business as Webox.com Prep Center, by then and there personally delivering a true and correct copy thereof by leaving the same with Hazel Flores, personally, being an Asian female, approximately 30 years old, 5'2, 120lbs, and with black hair.

_Charles A. Harris IV_   10/2/24
CHARLES A. HARRIS IV    ID # 1010

Service Fees:
Ferry tolls:        SUBSCRIBED AND SWORN to before me on: 10/02/24
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:            NOTARY PUBLIC in and for the State
Wait:                   of Pennsylvania residing at: _PA_
                        My commission expires: _8/10/28_
TOTAL $

Commonwealth of Pennsylvania - Notary Seal
Michele M. Harris, Notary Public
Montgomery County
My commission expires August 10, 2028
Commission number 1067314
Member, Pennsylvania Association of Notaries