UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>                                    Plaintiff(s),<br>Vs.<br><br>MICHAEL BARTLEY, an individual; et al.,<br><br>                                    Defendant(s). | NO. 2:24-CV-01188-MJP<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION TO JUSTIN RALEY; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |

STATE OF KANSAS        )
                       ) ss.
COUNTY OF FRANKLIN     )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Kansas, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 6:08 P.M. on September 27th, 2024, at 1404 South Willow Street, Ottawa, Kansas, I duly served the above-described documents in the above-described matter upon Justin Raley, by then and there personally delivering a true and correct copy thereof by leaving the same with Justin Raley, personally, being a Caucasian male, approximately 29 years old, 6'2, 250lbs, with brown hair, a beard, mustache, and glasses.

_____
DEWAYNE DAY            LIC. # PPS24-0385

Service Fees:
Ferry tolls:     SUBSCRIBED AND SWORN to before me on: 10-15-24
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:                    NOTARY PUBLIC in and for the State Missouri
Wait:                           of Kansas residing at: Clay County
  200                           My commission expires: 3-14-28
TOTAL  $

[Notary Seal: JOSEPH MICHAEL POWERS, My Commission Expires 03-14-2028, NOTARY SEAL Clay County, Commission # 16837765, NOTARY PUBLIC - STATE OF MISSOURI]