Your honor I am requesting extra time to find and hire an attorney. I was out of state when the complaint was delivered to my roommate please see Exhibit A and 6 days after returning I ended up in the hospital please see Exhibit B. Since being released I have been unable to obtain council. I am respectfully requesting additional time to do this.

Exhibit A





OCT 21 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Case 2:24-cv-01188-MJP  Document 17-4  Filed 08/07/24  Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED  LODGED  **MAIL**
RECEIVED

OCT 21 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

AMAZON.COM, INC., a Delaware corporation;
AMAZON.COM SERVICES LLC, a Delaware limited
liability company; and THE ERGO BABY CARRIER,
INC., a Hawaii corporation

*Plaintiff(s)*

v.

MICHAEL BARTLEY, an individual, et al

*Defendant(s)*

Civil Action No. 2:24-cv-01188-MJP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KATHRYN SPOSATO

2311 Kingston Dr
Lawrence, KS 66049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Davis Wright Tremaine LLP
Scott Commerson
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
scottcommerson@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    08/07/2024                             _____
                                                Signature of Clerk or Deputy

Exhibit B



# AFTER VISIT SUMMARY

**THE UNIVERSITY OF KANSAS HEALTH SYSTEM**

Kathryn C. Mayo Sposato  MRN 1447832  Seizure disorder (HCC)  10/6/2024  10/11/2024

## Instructions

### Need Help?

**Questions About Your Stay**
Discharging attending physician: HAMPTON, JILL L
If you have an emergency after discharge, please dial 9-1-1.

You may contact your discharging physician up to 7 days after discharge for questions about your hospitalization, discharge instructions, or medications by calling 913-588-5000 during regular business hours (8AM-4PM) and asking to speak to the doctor listed on the discharge information.

If you are not calling during business hours, ask for the on-call doctor.

If you have new or worsening symptoms, you may be directed to your primary care provider (PCP) for ongoing questions, an Emergency Department, or an Urgent Care Clinic for a more immediate evaluation.

For all calls or questions more than 7 days after discharge, please contact your primary care provider (PCP).

For medications after discharge, pain (opioid) medicine cannot be refilled or prescribed by calling your discharging physician. These medications need to be filled by your primary care provider (PCP). Regular refill requests should be directed to your primary care provider (PCP).

### Your medications have changed

**START taking:**
- FLUoxetine (PROzac)
  Start taking on: October 12, 2024
- levETIRAcetam (KEPPRA)
- mirtazapine — Sleep w/ melatonin 5mg
- nicotine (NICODERM CQ)
  Start taking on: October 12, 2024
- nicotine polacrilex (NICORETTE)
- traZODone (DESYREL)

**CHANGE how you take:**
- atorvastatin (LIPITOR)
- duloxetine DR (CYMBALTA)
- lisinopril (ZESTRIL)

**STOP taking:**
- ALPRAZolam 1 mg tablet (XANAX)

Review your updated medication list below.

Kathryn C. Mayo Sposato (MRN: 1447832) • Printed at 10/11/2024 4:05 PM    Page 1 of 16  Epic

Signature  KMSposato    Date  10/17/2024

Kathy Sposato
2311 Kingston Dr.
Lawrence, KS 66049

Western District of Washington
700 Stewart Street
Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED
OCT 21 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Case #: 2:24-cv-01188-MJP

**PRIORITY MAIL EXPRESS**

USPS TRACKING #: EI 114 682 063 US

FROM:
Kathy Sposato
2311 Kingston St
Lawrence, KS 66049
Case # 2:24-cv-01188-MJP
PHONE: 785-330-2141

TO:
Western District of Washington
700 Stewart St.
Suite 2310
Seattle, WA 98101

PO ZIP Code: 66067
Date Accepted: 10-18-24
Weight: handwritten
Total Postage & Fees: $32.00

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EP13F July 2022
OD: 12 1/2 x 9 1/2

PS10001000006
USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.