UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>                                        Plaintiff(s),<br>Vs.<br><br>MICHAEL BARTLEY, an individual; et al.,<br><br>                                        Defendant(s). | NO. 2:24-cv-01188-MJP<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF. |

STATE OF TEXAS         )
                       ) ss.
COUNTY OF ELLIS        )

The undersigned, being first duly sworn, on oath states:

      That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Texas, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

      That at 1:30 P.M. on October 19th, 2024, at 208 West 5th Street, Irving, Texas, I duly served the above-described documents in the above-described matter upon Jean St. Vil, by then and there personally delivering a true and correct copy thereof by leaving the same with Nariana St. Vil, wife and resident of suitable age and discretion and co-resident, benig an African-American female, approximately 35-40 years of age, 5'7, 150lbs, and with black hair, who confirmed that they both reside here.

1

I declare under the penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

*[signature]* STEPHEN C. BUSKIRK    P.S.E. #0654

Service Fees:
Ferry tolls:
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

SUBSCRIBED AND SWORN to before me on: 10/23/2024

*[signature]* Sunny S. Buskirk
NOTARY PUBLIC in and for the State of Texas residing at: Ellis County
My commission expires: 3/24/2028

TOTAL  $(see invoice)

SUNNY S. BUSKIRK
Notary Public, State of Texas
Comm. Expires 03-24-2028
Notary ID 126457653

2