Hon. Marsha J. Pechman

Nicholas Ranallo (WSBA 51439)
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Rachel Winchester

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Amazon.com, Inc. et al<br><br>    Plaintiff<br><br>v.<br><br>Michael Bartley, et al.<br><br>    Defendants | Case No. 2:24-cv-01188<br><br>**Notice of Appearance of Counsel** |

TO: THE CLERK OF THE COURT;

AND TO: COUNSEL OF RECORD

　　　　Please take notice that Nicholas Ranallo (WSBA #51439), 5058 57th Ave. South, Seattle, WA 98118 hereby enters an appearance on behalf of Defendant Rachel Winchester (formerly Rachel Diekmann) in the above-captioned matter.

Dated: October 26, 2024


___/s/Nicholas Ranallo_____
Nicholas Ranallo, Attorney at Law
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com