# UNITED STATES DISTRICT COURT
# WESTEN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>Plaintiffs,<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01188<br><br>**NOTICE OF APPEARANCE**<br><br>[X] Clerk's Action Required |

TO:        THE CLERK OF THE COURT

AND TO:   All Parties and All Counsel of Record.

**YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE** that SHANECE M. DEDEAUX of GRAVIS LAW, PLLC appears for and on behalf of MICHAEL BARTLEY, a Defendant, in the above-captioned matter. Appearance is entered without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to Federal Rules of Civil Procedure 5 or 8 or 12. All further pleadings and papers, except original process, shall hereafter be served upon said attorney.

NOTICE OF APPEARANCE- 1

Gravis Law

7350 Cirque Dr. W, Ste 102
University Place, WA 98467
Ph: 253-343-5937
Fax: 866-419-9269

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**GRAVIS LAW, PLLC**
7350 Cirque Dr. W, Ste 102
University Place, WA 98467
Ph: 253-343-5937
sdedeaux@gravislaw.com

RESPECTFULLY SUBMITTED this 4th day of November, 2024.

By *s/ Shanece M. Dedeaux*
Shanece M. Dedeaux, WSBA #56734
*Attorney for Defendant, Michael Bartley*

NOTICE OF APPEARANCE- 2



7350 Cirque Dr. W, Ste 102
University Place, WA 98467
Ph: 253-343-5937
Fax: 866-419-9269