UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL BARTLEY, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C24-1188 MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION |

This matter comes before the Court on Defendant Kathryn Sposato's Motion for an Extension of Time, which is unopposed. (Dkt. No. 33.) Defendant Sposato, appearing without counsel, asks for more time to find and hire an attorney to represent her in this case. She explains that she was in the hospital when Plaintiffs served her roommate, and that she needs more time to find counsel. (Id.) Sposato's statement is consistent with Plaintiffs' Affidavit of Service, which states that the complaint and summons were delivered to "Victor," a co-resident with Sposato. (Dkt. No. 25.) The Court GRANTS the Motion. Sposato shall have an additional 30 days from the date of this Order to answer or otherwise respond to the Complaint. During this time, Sposato

ORDER GRANTING MOTION FOR EXTENSION - 1

should make all efforts to hire counsel to represent her. But any failure to find counsel shall not excuse her duty to file an answer or otherwise respond to the Complaint.

The clerk is ordered to provide copies of this order to all counsel and Defendant Sposato.

Dated November 8, 2024.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR EXTENSION - 2