The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATLLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,

Plaintiffs,

v.

MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,

Defendants.

No. 2:24-cv-01188-MJP

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Court and all parties of record:

The undersigned attorney, Sally W. Harmeling, of Jeffers, Danielson, Sonn & Aylward, P.S., 2600 Chester Kimm Road / P.O. Box 1688, Wenatchee, WA 98807-1688, is admitted to practice in this Court and appears in this case as counsel for Defendant, Jean St. Vil.

//

//

//

NOTICE OF APPEARANCE (2:24-cv-01188-MJP)
Page 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1   DATED this 14th day of November, 2024.

2

3

4   By: /s/ Sally W. Harmeling
    Sally W. Harmeling, WSBA No. 49457
5   Jeffers, Danielson, Sonn & Aylward, P.S.
    2600 Chester Kimm Road
6   P.O. Box 1688
    Wenatchee, WA 98807-1688
7   Telephone: 509-662-3685
    Fax: 509-662-2452
8   Email: SallyH@jdsalaw.com
    Attorneys for Defendant Jean St. Vil
9

NOTICE OF APPEARANCE (2:24-cv-01188-MJP)
Page 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Scott R Commerson**
scottcommerson@dwt.com

**Shanece Malena Dedeaux**
sdedeaux@gravislaw.com

**Nicholas R. Ranallo**
nick@ranallolawoffice.com

I hereby certify that on the 14th day of November, 2024. Notice of this filing is being sent this date via United States Postal Service First Class Mail to the parties below at the address indicated below.

**PRO SE PARTIES**

Kathryn Sposato
2311 Kingston Dr
Lawrence, KS 66049

DATED at Wenatchee, Washington this 14th day of November, 2024.

By: _____
Sally W. Harmeling, WSBA No. 49457
Jeffers, Danielson, Sonn & Aylward, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA 98807-1688
Telephone: 509-662-3685
Fax: 509-662-2452
Email: SallyH@jdsalaw.com

NOTICE OF APPEARANCE (2:24-cv-01188-MJP)
Page 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688