UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 2:24-cv-01188-MJP |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |
| Vs. | |
| MICHAEL BARTLEY, an individual; et al., | |
| Defendant(s). | |

STATE OF NEW JERSEY
COUNTY OF HUDSON

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of New Jersey, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 2:05 P.M. on November 2nd, 2024, at 440 Walnut Street, Elizabeth, New Jersey, I duly served the above-described documents in the above-described matter upon Sebastian Gonzalez Rojas, by then and there personally delivering a true and correct copy thereof by leaving the same with Wilfredo Gonzalez, father and resident of suitable age and discretion and co-resident, being a Hispanic male, approximately 65 to 70 years old, 5'7, with brown eyes, and with gray hair, who confirmed that they both reside here.

I declare under the penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

Signed at Bergen County, New Jersey, on 11/13/24

Process Fee:
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

TOTAL (see invoice)        JOSHUA LEE        P.S. # 2095110-DCA