Eric Helmy, WSBA #43554
NW Business Law LLC
Of Attorneys for Plaintiff
eric@nwbizlaw.com
(206) 209-0069

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>Plaintiffs,<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:24-cv-01188<br><br>NOTICE OF APPEARANCE on behalf of Defendant JUSTIN RALEY |

COME NOW ERIC HELMY and NW BUSINES LAW LLC and NOTICE THEIR APPERANCE in this matter on behalf of Defendant JUSTIN RALEY.  Said Counsel enter appearance without prejudice to rights to assert defenses of lack of jurisdiction, insufficiency of process, and/or insufficiency of service of process per applicable Rules of Federal Procedure.  All further pleadings and papers, except original process, shall hereafter be served upon said Counsel:

> NW Business Law LLC
> 1700 7th Ave. #2100
> Seattle, WA 98101

NOTICE OF APPEARANCE

NW Business Law LLC
1700 7th Ave. #2100
Seattle, WA 98101
(206) 209-0069

(206) 209-0069
eric@nwbizlaw.com
raven@nwbizlaw.com

DATED December 2, 2024                    NW Business Law LLC


                                          By: /s/ Eric Helmy
                                              Eric Helmy, WSBA #43554
                                              Of Attorneys for Defendants


NOTICE OF APPEARANCE                                    NW Business Law LLC
                                                          1700 7th Ave. #2100
                                                            Seattle, WA 98101
                                                             (206) 209-0069
                                                              nwbizlaw.com