The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01188-MJP<br><br>**NOTICE OF ADDRESS CHANGE**<br><br>(Clerk's Action Required) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective November 25, 2024, the address for Scott Commerson of the Los Angeles office of Davis Wright Tremaine, LLP, counsel for Plaintiffs, changed to 350 South Grand Avenue, 27th Floor, Los Angeles, California 90071-3460.

The telephone and facsimile numbers, and email and website addresses, will remain the same.

NOTICE OF ADDRESS CHANGE - 1
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   DATED this 10th day of December, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

NOTICE OF ADDRESS CHANGE - 2
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax