The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,<br><br>            Defendants. | No. 2:24-cv-01188-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

THIS MATTER came before the Court on Plaintiffs' Motion for Leave to File an Amended Complaint (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services, LLC, and the Ergo Baby Carrier, Inc. (collectively, "Plaintiffs"). Having considered Plaintiffs' Motion and finding good cause, it is hereby **ORDERED**:

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT - 1
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   Plaintiffs' Motion is **GRANTED**. Plaintiffs are directed to file with the Court Plaintiffs'
2   First Amended Complaint for Damages and Equitable Relief, in the form attached as Exhibit B
3   to the Declaration of Scott Commerson submitted with Plaintiffs' Motion.

5   SO ORDERED this _____ day of _____, 2025.

_____
MARSHA J. PECHMAN
UNITED STATES MAGISTRATE JUDGE

10  Presented by:

11  DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Plaintiffs*

13  *s/ Scott R. Commerson*
    Scott R. Commerson, WSBA #58085
14  865 South Figueroa Street, Suite 2400
    Los Angeles, CA 90017-2566
15  Tel: (213) 633-6800
    Fax: (213) 633-6899
16  Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT - 2
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax