# EXHIBIT A



# ERGObaby

| | |
|---|---|
| **Reg. No. 4,178,397** | THE ERGO BABY CARRIER, INC. (HAWAII CORPORATION) |
| **Registered July 24, 2012** | 3390 OLD HALEAKALA HIGHWAY<br>MAKAWAO, HI 96768 |

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: BABY CARRIERS WORN ON THE BODY AND RELATED PRODUCTS, NAMELY, BABY CARRIERS WORN ON THE BODY AND ATTACHED WITH SHOULDER AND WAIST STRAPS TO WEARERS, INFANT INSERTS IN THE NATURE OF ACCESSORIES SPECIALLY DESIGNED FOR BABY CARRIERS WORN ON THE BODY IN THE NATURE OF PADDED CUSHIONS THAT CAN BE INSERTED INTO SAID CARRIERS AND WHICH PROVIDE ADDITIONAL SUPPORT TO NEWBORNS AND YOUNG BABIES; ACCESSORIES FOR BABY CARRIERS WORN ON THE BODY IN THE NATURE OF WAIST EXPANDERS, NAMELY, FABRIC INSERTS FOR WAIST STRAPS USED TO ATTACH BABY CARRIERS WORN ON THE BODY TO WEARERS, WAIST POUCHES, NAMELY, FANNY PACKS, TOTE BAGS, BACK SACKS, AND TRAVEL BAGS USED IN CONNECTION WITH AND AS PART OF BABY CARRIERS WORN ON THE BODY, BABY BACKPACKS; BABY CARRYING BAGS; BAGS FOR CARRYING BABIES' ACCESSORIES; INFANT CARRIERS WORN ON THE BODY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-15-2003; IN COMMERCE 1-15-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-455,538, FILED 10-25-2011.

NANCY CLARKE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office