UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:24-cv-01188<br><br>NOTICE OF UNAVAILABILITY |

TO: ALL ATTORNEYS OF RECORD
AND TO: THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that effective February 10th, 2025 attorney Eric Helmy will be unavailable for any purpose for at least the next two weeks due to a critical personal medical

NOTICE OF UNAVAILABILITY

Page 1

NW BUSINESS LAW LLC
1700 7TH AVE. SUITE 2100
SEATTLE, WA 98101
WWW.NWBIZLAW.COM

1  exigency. Due to the nature of his ailment, Mr. Helmy should be considered physically unable to

2  review or respond to emails, texts, correspondence of any kind, motions, minute orders, or the

3  like. If you have any urgent concerns, please correspond with his assistant, Raven Singh at

4  raven@nwbizlaw.com.

5

6  Thus, the undersigned requests that no non-emergency hearings, discovery, or other matters

7  requiring any response or attention by this office be served or scheduled between the periods

8  stated above and the first weekdays immediately following February 24th, 2025 to allow

9  discharge to home and settling while permitting sufficient time to attend to and respond to such

10  matters.

11

12  The undersigned further requests that the Clerk of the Court transmit this information whenever

13  any motion or other court action is scheduled, to the extent practicable, upon receipt, so as to

14  inform the Court hearing the matter of the filing of this Notice of Unavailability.

15

16  DATED this 13th day of February, 2025

17

18                                                              NW Business Law LLC

19                                                              By: _____/s/ Eric Helmy_____
                                                                Eric Helmy, WSBA #43554
20                                                              Of Attorneys for Defendant Raley

21

22

23

24

25

NOTICE OF UNAVAILABILITY                                        NW BUSINESS LAW LLC
                                                                1700 7TH AVE. SUITE 2100
Page 2                                                          SEATTLE, WA 98101
                                                                WWW.NWBIZLAW.COM

---

*[Overlaid proof of service document:]*

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

KIMBERLY VAN BORKULO; an individual
Plaintiff/Petitioner

vs.

WELLS FARGO & COMPANY, a Delaware corporation
Defendant/Respondent

Cause No.: 24-2-22321-5 SEA
Hearing Date:

DECLARATION OF SERVICE OF ORDER SETTING CIVIL CASE SCHEDULE; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; SUMMONS; COMPLAINT

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of Washington over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 9th day of October, 2024 at 9:58 AM at the address of 1600 Queen Anne Ave N, Seattle, King County, WA 98109; this declarant served the above described documents upon Wells Fargo Corporation– in care of any officer including Branch Manager by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with carhy carhy, I delivered the documents to carhy carhy who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses..
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $85.00

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Signed on 10/11/2024 at Seattle, Washington.

_____
Gena Plesia, Reg. # 202301180288, Snohomish county recording

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 1

For: Eric Helmy <ehelmy@mac.com>
Ref #: 24-2-22321-5 SEA

Tracking #: 0145637653