AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation<br><br>*Plaintiff(s)*<br>v.<br>MICHAEL BARTLEY, an individual, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:24-cv-01188-MJP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SEYMOUR WATSON, d/b/a Ethanmour Holdings LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Davis Wright Tremaine LLP
Scott Commerson
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
scottcommerson@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/07/2025_____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-01188-MJP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                                *Server's signature*


                                                     _____
                                                                *Printed name and title*



                                                     _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Amazon.com, Inc., a Delaware corporation, et al.        , | CIVIL ACTION NO.: 2:24-CV-01188-MJP |
| *Plaintiff* | |
| vs | |
| Michael Bartley, and individual, et al., | |
| *Defendant* | |

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in state of Florida,

That on **02/17/2025** at **8:05 PM** at **6590 Jacques Way, Lake Worth, FL 33463**

I served a(n) **Summons in a Civil Action, First Amended Complaint for Damages and Equitable Relief, Schedule 1, Exhibits A to C, and Civil Cover Sheet with Attachment A**

on **Seymour Watson d/b/a Ethanmour Holdings LLC (a/k/a Nick Watson),**

by delivering thereat a true copy of each to **Marie Stivil/Cores (Co-Resident)** who lives here with the defendant at this current residence.

<ins>Description Of Person Served Based On Undersigned's Perception:</ins>
Gender: Female
Race: Black
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 0" - 5' 3"
Weight:131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of Florida or the United States as that term is defined in the statutes of the State of Florida or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalty of perjury that the forgoing is true and correct.

Date: 2/24/2025

Wayne Pollick
Palm Beach County Reg# 856

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160