The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,

Plaintiffs,

v.

MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,

Defendants.

No. 2:24-cv-01188-MJP

**STIPULATION OF DISMISSAL OF RACHEL DIEKMANN WITH PREJUDICE**

NOTE ON MOTION CALENDAR:
October 8, 2025

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergo Baby Carrier, Inc. (collectively, "Plaintiffs"), and Defendant Rachel Diekmann ("Defendant Diekmann") that, due to Plaintiffs and Defendant Diekmann reaching a settlement, and in accordance with Federal Rule of Civil Procedure

STIPULATION OF DISMISSAL - 1
(2:24-cv-01188-MJP)

41(a)(1)(A)(ii), Defendant Diekmann should be dismissed from this action, with prejudice, and without costs, attorneys' fees, or expenses to any party.

STIPULATED TO AND AGREED this 8th day of October, 2025.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

RANALLO LAW OFFICE
*Attorney for Defendant Diekmann*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*/s/ Nicholas Ranallo*
Nicholas Ranallo, WSBA #51439
5058 57th Ave. South
Seattle, WA 98118
Tel: (831) 607-9229
Fax: (831) 533-5073
Email: nick@ranallolawoffice.com

STIPULATION OF DISMISSAL - 2
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## [PROPOSED] ORDER

THIS MATTER comes before the Court on a stipulation between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergobaby Carrier, Inc. (collectively, "Plaintiffs") and Defendant Rachel Diekmann to dismiss with prejudice all claims against Defendant Rachel Diekmann. Having reviewed the stipulation as well as the pleadings on file in the above-captioned matter, the Court **ORDERS** as follows:

1.    The claims against Defendant Rachel Diekmann are dismissed with prejudice.

2.    The case shall proceed with respect to Plaintiffs' claims against remaining Defendants.


SO ORDERED this _____ day of _____, 2025.


_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL - 3
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax