The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01188-MJP<br><br>**STIPULATION OF DISMISSAL OF RACHEL DIEKMANN WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR: October 8, 2025 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergo Baby Carrier, Inc. (collectively, "Plaintiffs"), and Defendant Rachel Diekmann ("Defendant Diekmann") that, due to Plaintiffs and Defendant Diekmann reaching a settlement, and in accordance with Federal Rule of Civil Procedure

STIPULATION OF DISMISSAL - 1
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

41(a)(1)(A)(ii), Defendant Diekmann should be dismissed from this action, with prejudice, and without costs, attorneys' fees, or expenses to any party.

STIPULATED TO AND AGREED this 8th day of October, 2025.

| DAVIS WRIGHT TREMAINE LLP | RANALLO LAW OFFICE |
|---|---|
| *Attorneys for Plaintiffs* | *Attorney for Defendant Diekmann* |
| /s/ Scott Commerson | /s/ Nicholas Ranallo |
| Scott Commerson, WSBA #58085<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071-3460<br>Tel: (213) 633-6800<br>Fax: (213) 633-6899<br>Email: scottcommerson@dwt.com | Nicholas Ranallo, WSBA #51439<br>5058 57th Ave. South<br>Seattle, WA 98118<br>Tel: (831) 607-9229<br>Fax: (831) 533-5073<br>Email: nick@ranallolawoffice.com |

STIPULATION OF DISMISSAL - 2
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on a stipulation between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergobaby Carrier, Inc. (collectively, "Plaintiffs") and Defendant Rachel Diekmann to dismiss with prejudice all claims against Defendant Rachel Diekmann. Having reviewed the stipulation as well as the pleadings on file in the above-captioned matter, the Court **ORDERS** as follows:

    1.    The claims against Defendant Rachel Diekmann are dismissed with prejudice.

    2.    The case shall proceed with respect to Plaintiffs' claims against remaining Defendants.

SO ORDERED this 14th day of October, 2025.

_____
MARSHA J. PECHMAN
United States Senior District Judge

STIPULATION OF DISMISSAL - 3
(2:24-cv-01188-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax