UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC et al.,

Plaintiff(s),

v.

MICHAEL BARTLEY et al.,

Defendant(s).

CASE NO.
2:24−cv−01188−KKE

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Kymberly K. Evanson, United States District Judge. All future documents filed in this case must bear the cause number 2:24−cv−01188−KKE and bear the Judge's name in the upper right hand corner of the document.

DATED October 17, 2025

Ravi Subramanian
Clerk of Court

By: _/s/ Grant Cogswell_
Deputy Clerk