UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>MICHAEL BARTLEY, et al.,<br><br>　　　　　Defendant(s). | CASE NO. C24-1188-KKE<br><br>ORDER TO SHOW CAUSE |

　　　Plaintiffs filed an amended complaint in February 2025. Dkt. No. 49. Since that time, one Defendant filed an answer, and was subsequently voluntarily dismissed. Dkt. Nos. 53, 58, 59. No other Defendant has responded to the amended complaint, and Plaintiffs have taken no action to prosecute this case in the intervening months. No later than November 14, 2025, Plaintiffs are ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute.

　　　Dated this 22nd day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_Kymberly K. Evanson_
　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE - 1