The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; and DOES 1-10, <br><br> Defendants. | No. 2:24-cv-01188-MJP <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergo Baby Carrier, Inc. (collectively, "Plaintiffs") submit this response to the Court's Order to Show Cause dated October 22, 2025, which issued following the reassignment of this action to Judge Evanson. Dkt. 63.

Plaintiffs have diligently prosecuted this case. On December 13, 2024, following Plaintiffs' service of the Complaint and the filing of Defendant Rachel Diekmann's Answer,

PLAINTIFFS' RESPONSE TO OSC - 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Judge Pechman entered the Order Setting Trial Date & Related Deadlines. Dkt. 44. In accordance with that Order, Plaintiffs timely amended the Complaint to name an additional Defendant and supplemented the allegations regarding Defendants' counterfeiting scheme. Since that time, Plaintiffs have engaged in settlement discussions and informal discovery with the majority of Defendants. Plaintiffs have reached settlements with several Defendants—namely, Namdidie Ikon, Jean St. Vil, Michael Sutton, and Rachel Diekmann—and dismissed them from the action. *See* Dkts. 55, 56, 57, 58-59.

Plaintiffs anticipate concluding informal discovery and settlement negotiations with the remaining Defendants within 45 days. To the extent Plaintiffs are unsuccessful in resolving claims against certain Defendants, Plaintiffs will proceed to litigate against those Defendants or will seek entry of default if they do not participate in the litigation.

Plaintiffs respectfully request 60 days to submit a further status report to the Court, which will provide sufficient time for Plaintiffs to (1) finalize settlement with the remaining Defendants and file notices of dismissal; and (2) report to the Court regarding the status of litigation against any non-settling Defendants and, if applicable, seek entry of default.

DATED this 7th day of November, 2025.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

PLAINTIFFS' RESPONSE TO OSC - 2
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax