UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., | CASE NO. C24-1188-KKE |
| Plaintiff(s), | ORDER DISCHARGING THE ORDER TO SHOW CAUSE |
| v. | |
| MICHAEL BARTLEY, et al., | |
| Defendant(s). | |

The Court previously ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute, and Plaintiffs timely responded to that order. Dkt. Nos. 63, 64. Plaintiffs state that they have diligently prosecuted this matter and

> anticipate concluding informal discovery and settlement negotiations with the remaining Defendants within 45 days. To the extent Plaintiffs are unsuccessful in resolving claims against certain Defendants, Plaintiffs will proceed to litigate against those Defendants or will seek entry of default if they do not participate in the litigation.

Dkt. No. 64 at 2. Plaintiffs request 60 days to finalize settlement and/or report the non-settlement to the Court and, if necessary, seek entry of default. *Id*.

This case is currently set for trial on January 20, 2026, and several pretrial deadlines—including deadlines to file motions in limine, pretrial order, trial briefs, and proposed findings of fact and conclusions of law—will have passed within 60 days from today. *See* Dkt. No. 44. Thus, although the Court will grant Plaintiffs' request for 60 days to file a status report, the Court reminds

ORDER DISCHARGING THE ORDER TO SHOW CAUSE - 1

Plaintiffs that the case schedule continues to control until further order of the Court. *See* Fed. R. Civ. P. 16(b)(4). To the extent Plaintiffs seek changes to the case schedule, they must file a motion consistent with the Local Rules.

Accordingly, the Court DISCHARGES the order to show case and ORDERS Plaintiffs to file a status report no later than January 9, 2026.

Dated this 10th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISCHARGING THE ORDER TO SHOW CAUSE - 2