The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,

Plaintiffs,

v.

MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,

Defendants.

No. 2:24-cv-01188-KKE

**MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MICHAEL BARTLEY AND SEBASTIAN GONZALEZ ROJAS**

WITHOUT ORAL ARGUMENT

NOTE ON MOTION CALENDAR: DECEMBER 30, 2025

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergo Baby Carrier, Inc. move, pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55(a), for entry of default against Defendants Michael Bartley and Sebastian Gonzalez Rojas.

On August 5, 2024, Plaintiffs filed a Complaint against Bartley and Rojas, among others. Dkt. 1. On September 27, 2024, Plaintiffs' process server personally served Bartley at his

MOTION FOR ENTRY OF DEFAULT - 1
(2:24-cv-01188-KKE)

residence in Loxahatchee, Florida. Dkt. 24. On November 13, 2024, Plaintiffs' process server personally served Rojas at his residence in Elizabeth, New Jersey. Dkt. 40. Bartley's and Rojas's responsive pleadings were due on or before October 18, 2024, and December 4, 2024, respectively. Fed. R. Civ. P. 12(a)(1)(A)(i).

Rojas has not appeared in this action personally or through counsel, has not filed or served an answer in this action during the time provided by Rule 12 of the Federal Rules of Civil Procedure, and has not otherwise indicated any intent to participate in this litigation.

Similarly, although Bartley's counsel, Shanece Dedeaux, has filed an appearance in this case, Bartley has not answered or filed a responsive pleading within the time provided by Rule 12 of the Federal Rules of Civil Procedure. Dkt. 24. While Ms. Dedeaux initially communicated with Plaintiffs' counsel regarding this action, she has ceased communications. Declaration of Scott Commerson, dated December 30, ¶ 2. On December 9, 2025, Plaintiffs sent Ms. Dedeaux a letter providing notice pursuant to Local Civil Rule 55(a) that they would seek entry of default against Bartley if Bartley did not file a responsive pleading on or before December 23, 2025. *Id.* ¶ 3. Ms. Dedeaux did not respond. *Id.*

Accordingly, Plaintiffs respectfully request that the Court enter orders of default against Defendants Bartley and Rojas.

*I certify that this memorandum contains 289 words, in compliance with the Local Civil Rules.*

DATED this 30th day of December, 2025.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

MOTION FOR ENTRY OF DEFAULT - 2
(2:24-cv-01188-KKE)