The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>    Defendants. | No. 2:24-cv-01188-KKE<br><br>**[PROPOSED] CLERK'S ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MICHAEL BARTLEY AND SEBASTIAN GONZALEZ ROJAS** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC, and The Ergo Baby Carrier's Motion for Entry of Default against Defendants Michael Bartley and Sebastian Gonzalez Rojas (the "Motion").

The Court, having considered the Motion, the governing law, and being fully advised, finds that Rojas and Bartley have not filed responsive pleadings to the Complaint for Damages

[PROPOSED] CLERK'S ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT- 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

and Equitable Relief (Dkt. 1), which they were required to do by October 18, 2024 and December 23, 2025, respectively, in accordance with Federal Rules of Civil Procedure.

Accordingly, it is hereby ORDERED that Defendants Michael Bartley and Sebastian Gonzalez Rojas are in default.

SO ORDERED this _____ day of _____, _____.

_____
CLERK OF COURT

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] CLERK'S ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT- 2
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax