The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>                    Defendants. | No. 2:24-cv-01188-KKE<br><br>**DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MICHAEL BARTLEY AND SEBASTIAN GONZALEZ ROJAS** |

I, Scott Commerson, declare and state as follows:

1.      I am a Partner at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC and the Ergo Baby Carrier, Inc. I am over 18 years of age. The statements made below are true to the best of my knowledge and

DECLARATION OF SCOTT COMMERSON - 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

belief. I make them in support of Plaintiffs' Motion for Entry of Default Against Defendants Michael Bartley and Sebastian Gonzalez Rojas.

2.    Following the filing of a notice of appearance by Defendant Michael Bartley's counsel, Shanece Dedeaux, our firm communicated with Ms. Dedeaux regarding this action. However, Mr. Dedeaux has ceased communicating with us.

3.    On December 9, 2025, our firm sent a letter to Ms. Dedeaux providing notice that Plaintiffs would seek entry of default against Defendant Bartley pursuant to Local Civil Rule 55(a) unless Defendant Bartley filed a responsive pleading on or before December 23, 2025. We have not received any response to that letter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 30th day of December, 2025, at Los Angeles, California.

_____
Scott Commerson

DECLARATION OF SCOTT COMMERSON - 2
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax