The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>              Defendants. | No. 2:24-cv-01188-KKE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO STAY OR VACATE SCHEDULING ORDER DEADLINES** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and The Ergo Baby Carrier, Inc.'s *Ex Parte* Motion to Stay or Vacate Scheduling Order Deadlines (the "Motion"), and for good cause shown, it is hereby ORDERED that:

[PROPOSED] ORDER GRANTING MOTION
TO STAY OR VACATE SCHEDULING ORDER DEADLINES - 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

The Motion is **GRANTED**. The Court vacates the deadlines set forth in its December 3, 2024 Order Setting Trial Dates and Related Dates (Dkt. 44) and requires that Plaintiffs file within 90 days of the date of this order either (1) a motion for default judgment that will resolve all of Plaintiffs' claims, or (2) file a status report explaining the posture of the litigation as to any non-defaulted Defendants.

SO ORDERED this _____ day of _____, 2026.

_____
CLERK OF COURT

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING MOTION
TO STAY OR VACATE SCHEDULING ORDER DEADLINES - 2
(2:24-cv-01188-KKE)