The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>        Defendants. | No. 2:24-cv-01188-KKE<br><br>**DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS' MOTION TO STAY OR VACATE SCHEDULING ORDER DEADLINES** |

I, Scott Commerson, declare and state as follows:

1.      I am a Partner at the law firm Davis Wright Tremaine LLP, which represents Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (together, "Amazon") and the Ergo Baby Carrier, Inc. ("Ergobaby," and with Amazon, "Plaintiffs") in the above-titled litigation. I am over 18 years of age. The statements made below are true to the best of my knowledge and

DECLARATION OF SCOTT COMMERSON - 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

belief. I make them in support of Plaintiffs' Motion to Stay or Vacate Scheduling Order Deadlines.

2.     Following service of the Complaint, several Defendants contacted our firm to discuss an early resolution of this matter. As a condition of settlement, Plaintiffs requested that these Defendants provide certain documents and information concerning their sale of counterfeit Ergobaby-branded products.

3.     The information provided by certain Defendants revealed that Defendant Hazel Flores facilitated the advertisement, distribution, and sale of counterfeit Ergobaby-branded products by other Defendants, in addition to selling counterfeit Ergobaby-branded products through a selling account under Ms. Flores's direct control.

4.     Plaintiffs' investigation also uncovered that an individual named Seymour Watson recruited certain Defendants to sell Ergobaby-branded products through their selling accounts, and that Mr. Watson supplied the counterfeit Ergobaby-branded products to multiple Defendants.

5.     Based on the new information uncovered through Plaintiffs' informal discovery and further investigation, Plaintiffs filed the First Amended Complaint (Dkt. 49). Thereafter, Plaintiffs continued their efforts to obtain further informal discovery from Defendants and to reach early settlements. To date, those efforts have resulted in settlement with, and dismissal of, four Defendants.

6.     Plaintiffs' efforts to complete their investigation and resolve this matter with the remaining non-defaulted Defendants have been complicated by the initial failure of certain Defendants to provide the documents and information requested by Plaintiffs. In addition, the spouse of one Defendant filed a Chapter 13 bankruptcy petition, and that Defendants' counsel subsequently withdrew from the representation. Plaintiffs are seeking to continue discussions directly with that Defendant.

7.     Plaintiffs anticipate completing their investigation and reaching settlement with the non-defaulted Defendants within 45 days. In the event that settlements cannot be reached

DECLARATION OF SCOTT COMMERSON - 2
(2:24-cv-01188-KKE)

with Defendants in that timeframe, Plaintiffs will provide those Defendants with 14 days' notice under Local Rule 55 that Plaintiffs will seek entry of default if the Defendants do not file a responsive pleading. Plaintiffs anticipate that they can prepare and file a motion for default judgment against all defaulted Defendants within 90 days. Plaintiffs respectfully request that this Court stay or vacate the current trial and pretrial deadlines in the Scheduling Order, and set a deadline of 90 days for (1) Plaintiffs to file a motion for default judgment that will resolve all of Plaintiffs' claims, or (2) file a status report explaining the posture of the litigation as to any non-defaulted Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 2nd day of January, 2026, at Los Angeles, California.

Scott Commerson

DECLARATION OF SCOTT COMMERSON - 3
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax