UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., | CASE NO. C24-1188-KKE |
| Plaintiff(s), | ORDER VACATING TRIAL DATE AND PRETRIAL DEADLINES |
| v. | |
| MICHAEL BARTLEY, et al., | |
| Defendant(s). | |

Plaintiffs filed a motion to vacate the trial date and pretrial deadlines because they do not anticipate any claims proceeding to trial: they have settled with four Defendants and are discussing settlement with five additional Defendants, and the remaining two Defendants are in default. Dkt. No. 68 at 2. Because it appears at this time that none of Plaintiffs' claims will be resolved via a trial, the Court finds good cause to VACATE the current case schedule (Dkt. No. 44) and therefore GRANTS Plaintiffs' motion (Dkt. No. 68).

The Court ORDERS that no later than April 6, 2026, Plaintiffs shall file a motion for default judgment as to all defaulted Defendants and/or, if settlement negotiations are unsuccessful, file a status report proposing a course of resolution for any remaining claims.

Dated this 5th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER VACATING TRIAL DATE AND PRETRIAL DEADLINES - 1