The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,

Plaintiffs,

v.

MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,

Defendants.

No. 2:24-cv-01188-KKE

**MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SEYMOUR WATSON**

WITHOUT ORAL ARGUMENT

NOTE ON MOTION CALENDAR: FEBRUARY 17, 2026

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergo Baby Carrier, Inc. (collectively, "Plaintiffs") move, pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55(a), for entry of default against Defendant Seymour Watson ("Watson").

On August 5, 2024, Plaintiffs initiated this action by filing a Complaint. Dkt. 1. After further investigation into defendants' counterfeiting scheme, and with leave of the Court (Dkt.

MOTION FOR ENTRY OF DEFAULT - 1
(2:24-cv-01188-KKE)

48), Plaintiffs filed a First Amended Complaint ("FAC") on February 6, 2025, naming Watson. Dkt. 49. On February 17, 2025, Plaintiffs' process server personally served Watson with the FAC at his residence in Lake Worth, Florida. Dkt. 54. Watson's responsive pleading was due on or before March 10, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

Watson engaged counsel, Michael Kernan, to represent him in this action. Declaration of Scott Commerson ("Commerson Decl.") ¶ 2. While Mr. Kernan initially communicated with Plaintiff's counsel seeking resolution of the claims, he later indicated that he was withdrawing as Watson's counsel. *Id.* ¶¶ 2-3. On December 15, 2026, Plaintiffs' counsel sent Watson a letter, asking for the contact information for any new counsel he may have retained and providing notice pursuant to Local Civil Rule 55(a) that Plaintiffs would seek entry of default against him if he did not file a responsive pleading on or before December 29, 2025. *Id.* ¶ 4.

On December 24, 2025, Watson responded to the letter, informing Plaintiffs that he had reengaged Mr. Kernan and wished to settle the action. *Id.* ¶ 5. Plaintiffs' counsel then attempted to contact Mr. Kernan multiple times. *Id.* ¶ 6. However, neither Mr. Watson nor Mr. Kernan has responded to, or otherwise contacted, Plaintiffs' counsel since January 12, 2026. *Id.* Mr. Watson also has not entered an appearance or filed any pleadings with the Court. *Id.*

Accordingly, Plaintiffs respectfully request that the Court enter an order of default against Watson.

*I certify that this memorandum contains 311 words, in compliance with the Local Civil Rules.*

DATED this 17th day of February, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

MOTION FOR ENTRY OF DEFAULT - 2
(2:24-cv-01188-KKE)