The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01188-KKE<br><br>**DECLARATION OF SCOTT COMMERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SEYMOUR WATSON** |

I, Scott Commerson, declare and state as follows:

1.      I am a Partner at the law firm Davis Wright Tremaine LLP, which represents

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and the Ergo Baby Carrier, Inc.

(collectively, "Plaintiffs"). The statements made below are true to the best of my knowledge and

DECLARATION OF SCOTT COMMERSON - 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

belief. I make them in support of Plaintiffs' Motion for Entry of Default Against Defendant Seymour Watson.

2.      After Plaintiffs served Mr. Watson with the First Amended Complaint, an attorney, Michael Kernan, reached out to our firm and indicated that he represented Mr. Watson in this matter.

3.      However, on December 1, 2025, Mr. Kernan advised our firm that he and his firm were withdrawing from their representation of Mr. Watson.

4.      On December 15, 2026, my firm sent Mr. Watson a letter, in which we asked for the contact information for any new counsel he might have retained. We also provided notice pursuant to Local Civil Rule 55(a) that Plaintiffs would seek entry default against him in the event he did not file a responsive pleading on or before December 29, 2025.

5.      On December 24, 2025, Mr. Watson responded to the letter, explaining that he had re-engaged Mr. Kernan as his counsel and wished to settle the action.

6.      My firm has attempted to contact both Mr. Watson and Mr. Kernan multiple times since receiving that letter. However, neither Mr. Watson nor Mr. Kernan has responded to, or otherwise contacted, my firm since January 12, 2026. Nor has Mr. Watson filed any appearance or responsive pleading in this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 17th day of February, 2026, at Los Angeles, California.

Scott Commerson

DECLARATION OF SCOTT COMMERSON - 2
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax