The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10, <br><br> Defendants. | No. 2:24-cv-01188-KKE <br><br> **CLERK'S ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SEYMOUR WATSON** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC, and The Ergo Baby Carrier's Motion for Entry of Default against Defendant Seymour Watson (the "Motion").

The Court, having considered the Motion, the governing law, and being fully advised, finds that Mr. Watson has not filed a responsive pleading to the First Amended Complaint for

CLERK'S ORDER GRANTING MOTION
FOR ENTRY OF DEFAULT- 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Damages and Equitable Relief (Dkt. 49), which he was required to do by December 29, 2025, in accordance with Federal Rules of Civil Procedure.

Accordingly, it is hereby ORDERED that Defendant Seymour Watson is in default.

SO ORDERED this  20th  day of February, 2026.

JOSHUA C. LEWIS,
Clerk of the Court


 /s/Diyana Staples
CLERK OF COURT

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*


*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

CLERK'S ORDER GRANTING MOTION
FOR ENTRY OF DEFAULT- 2
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax