The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>    Defendants. | No. 2:24-cv-01188-KKE<br><br>**PLAINTIFFS' STATUS REPORT AND REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: APRIL 6, 2026 |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (together, "Amazon"), and The Ergo Baby Carrier, Inc. ("Ergobaby") submit this Status Report in response to the Court's January 5, 2025 Order Vacating Trial Date and Pretrial Deadlines (the "Vacating Order"). Dkt. 71.

STATUS REPORT - 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

As described in Plaintiffs' January 2, 2026 Motion to Stay or Vacate Scheduling Order Deadlines (Dkt. 69), Plaintiffs have diligently pursued resolution of this matter. Plaintiffs have settled with and dismissed four Defendants. Dkts. 55-57, 59. Plaintiffs are also nearing settlement with four Defendants: Hazel Flores, Michael Bartley, Justin Raley, and Kathryn Sposato (the "Settling Defendants"). Plaintiffs anticipate finalizing settlement agreements with the Settling Defendants within 21 days.

Further, on January 5, 2026, and February 20, 2026, the Court entered the defaults of Defendants Sebastian Gonzales Rojas and Seymour Watson, respectively (the "Defaulted Defendants"). Dkts. 70, 74. Pursuant to the Vacating Order, Plaintiffs are preparing a default judgment motion against the Defaulted Defendants. In summary, Plaintiffs anticipate that they will have either settled with, or moved for default judgment against, all Defendants within 45 days.

In order to provide time for Plaintiffs to finalize settlement agreements with the Settling Defendants, Plaintiffs request a 45-day extension to file the default judgment motion. In the unlikely event that Plaintiffs do not complete settlement with the Settling Defendants—none of whom have responded to Plaintiffs' First Amended Complaint—Plaintiffs will seek entry of default against them and will include them in the default judgment motion.

For their response, Plaintiffs further state as follows:

1.      On January 5, 2026, this Court entered its Vacating Order, vacating the previously-set trial date and directing Plaintiffs to either file a default judgment motion or a status update describing its efforts towards resolution by April 6, 2026. Dkt. 71.

2.      Plaintiffs diligently continue their efforts to resolve this matter with the Settling Defendants. These negotiations have been protracted due in part to the difficulty in obtaining certain materials from the Settling Defendants, but the production of those materials is ongoing. Plaintiffs anticipate that settlements with the Settling Defendants will be finalized within 21 days.

STATUS REPORT - 2
(2:24-cv-01188-KKE)

3.      In the event Plaintiffs do not conclude settlement with the Settling Defendants, Plaintiffs will move for entry of their defaults and include them in the default judgment motion, thereby ensuring that this matter is resolved as to all Defendants within 45 days.

4.      Plaintiffs are preparing a default judgment motion against the Defaulted Defendants.

5.      Plaintiffs respectfully request that the Court extend their time to file the default judgment motion by 45 days, from April 6, 2026, to May 21, 2026.

DATED this 6th day of April, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

STATUS REPORT - 3
(2:24-cv-01188-KKE)