The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,

Plaintiffs,

v.

MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,

Defendants.

No. 2:24-cv-01188-KKE

**ORDER EXTENDING TIME TO FILE MOTION FOR DEFAULT JUDGMENT**

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and The Ergo Baby Carrier's Status Report and Request for Extension of Time to File Motion for Default Judgment (the "Request").

The Court, having considered the Request, the governing law, and being fully advised, GRANTS Plaintiffs' Request.

ORDER EXTENDING TIME TO
FILE MOTION FOR DEFAULT JUDGMENT - 1
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Accordingly, Plaintiffs are hereby ORDERED to file a Motion for Default Judgment no later than May 21, 2026.

SO ORDERED this 8th day of April, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

/s/ Scott Commerson
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER EXTENDING TIME TO
FILE MOTION FOR DEFAULT JUDGMENT - 2
(2:24-cv-01188-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax