The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE ERGO BABY CARRIER, INC., a Hawaii corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>MICHAEL BARTLEY, an individual; JEAN BATALIEN, an individual; RACHEL DIEKMANN, an individual; HAZEL FLORES, an individual d/b/a Webox.com Prep Center; NAMDIDIE IKON, an individual; JUSTIN RALEY, an individual; SEBASTIAN GONZALEZ ROJAS, an individual; KATHRYN SPOSATO, an individual; JEAN ST. VIL, an individual; MICHAEL SUTTON, an individual; SEYMOUR WATSON, an individual d/b/a Ethanmour Holdings LLC; and DOES 1-10,<br><br>        Defendants. | No. 2:24-cv-01188-KKE<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS SEBASTIAN GONZALEZ ROJAS AND SEYMOUR WATSON D/B/A ETHANMOUR HOLDINGS LLC** |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants Sebastian Gonzalez Rojas and Seymour Watson d/b/a Ethanmour Holdings LLC brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Ergo Baby Carrier, Inc. (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:24-cv-01188-KKE)

finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 5,600 words.  Dkt. No. 80.

SO ORDERED this 18th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:24-cv-01188-KKE)